156 A.3d 171

### IN THE MATTER OF GEORGE MINGO, NEWARK SCHOOL DISTRICT. (GEORGE MINGO–PETITIONER)

November 9, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005602–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.